UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:

Bankruptcy Case No:_____07-10019_____

Chapter:_____

Debtor

## APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

1.    In accordance with Fed. R. Bankr P. 1006, I apply for permission to pay the Filing Fee amounting  to $ _274_ in installments.

2.    I certify that I am unable to pay the Filing Fee except in  installments.

3.    I further certify that I have not  paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.    I propose the following terms for the payment of the Filing Fee.*

$ _100 00_    Check one ☑ with the filing of the petition, or
                        ☐ on or before

$_____on or before_____

$ _174_   on or before  _6 /30/07_

$_____on or before_____

*    The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.    I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may  not  receive a discharge of my debts.

_____          _____  6/5/07
Signature of Attorney          Date          Signature of Debtor          Date

_____          _____
Name of Attorney          Signature of Joint Debtor (if any)          Date

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation and that I have provided the debtor with a copy of this document.  I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

Address

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN - 5 2007
KENNETH S. GARDNER, CLERK
PS REP. - AI

Names and Social Security numbers of all other individuals who prepared and assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines and imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156*

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall  not  pay any money for services in connection with this case, and  the debtor shall not relinquish any property for services in connection with this case.

BY THE COURT

DATE: _____JUN_____          KENNETH S. GARDNER
                                        Clerk, U.S. Bankruptcy Court

JUN 0 5 2007

_____
United States Bankruptcy Judge          (3/1/98)