UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10019
   GRETCHEN A SEARCY

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1867

----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     The case was filed on 06/05/2007 and was not confirmed.

     The case was dismissed without confirmation 07/18/2007.
----------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 3398.56 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 110.60 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 7942.51 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 86.11 | .00 | .00 |
| EASTERN SAVINGS BANK | SECURED NOT I NOT FILED | | .00 | .00 |
| CHASE MANHATTAN | SECURED NOT I NOT FILED | | .00 | .00 |
| RJM AQUISITIONS FUNDING | UNSECURED | 72.96 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 10019 GRETCHEN A SEARCY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/22/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10019 GRETCHEN A SEARCY